## JOSEPH CAMPAU
### v.
## OLIVER WILLIAMS AND JOSEPH FARWELL, LATE MERCHANTS UNDER THE FIRM OF OLIVER WILLIAMS & CO.

### 1812

### PAPERS IN FILE

1. Capias . . . . . . . . . . . . . . . . .


## JOSEPH CAMPAU
### v.
## THOMAS EMERSON, JOSEPH EMERSON AND STEPHEN MACK, MERCHANTS UNDER THE FIRM OF THOMAS EMERSON & CO.

### 1812

### PAPERS IN FILE

1. Draft form of writ of error . . . . . . . . . . . .
2. Writ of error . . . . . . . . . . . . . . . :
3. Writ of error; allowance . . . . . . . . *Printed in Vol. 2*
4. Bond in error . . . . . . . . . . . . . . .